IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JODY COX                                                                                       PLAINTIFF

VS.                                                     CIVIL ACTION NO. 3:04cv156-JCS

MAUD IRBY, et al.                                                     DEFENDANT

## FINAL JUDGMENT

In accordance with this court's memorandum opinion and order of this date, judgment is hereby entered for Defendant Maud Irby and against Plaintiff, and the claims against Defendant Irby are dismissed with prejudice. The claims against the remaining Defendants are dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 4(m).

SO ORDERED AND ADJUDGED, this the 28th day of March, 2007

/s/ James C. Sumner

-----------------------------------------
UNITED STATES MAGISTRATE JUDGE